

204 So.2d 578

James A. HINCHEY, Sr.

v.

Gertrude Byrne HINCHEY.

No. 48980.

Dec. 12, 1967.

Writ refused. The result is correct.

HAWTHORNE, J., is of the view that the writ should be granted.

SANDERS, J., is of the opinion that a writ should be granted.

SUMMERS, J., is of the opinion that a writ should be granted.

204 So.2d 578

Edward M. CAGLE

v.

PLAYLAND AMUSEMENT, INC., Edward Jacomet United States Fidelity and Guaranty Company and Southern Farm Bureau Casualty Company.

No. 48951.

Dec. 12, 1967.

The application is denied. According to the facts of the case the judgment complained of is correct.

204 So.2d 578

Edward M. CAGLE

v.

PLAYLAND AMUSEMENT, INC., Edward Jacomet United States Fidelity and Guaranty Company and Southern Farm Bureau Casualty Company.

No. 48973.

Dec. 12, 1967.

The application is denied. The judgment complained of is correct on the facts of the case.